## JOHN A. BLAYDES ET AL *v.* WILLIAM GLUM & SONS

**Appeal and Error—Objections to Insufficiency of Petition.**

An objection to the insufficiency of a petition, in the failure to allege that the plaintiffs were the holders of the bills sued on, may be made on appeal.

**Action—Petition Insufficient.**

Where a petition fails to allege that the plaintiff was the owner or holder of the bill in litigation, this does not constitute a cause of action.

APPEAL FROM MONTGOMERY CIRCUIT COURT.

June 11, 1870.

OPINION OF THE COURT BY JUDGE HARDIN:

It is not alleged in the petition that the plaintiffs were the owners or holders of the bill, or in any manner interested in recovering a judgment thereon. The petition does not, therefore, state facts sufficient to constitute a cause of action, and this objection was not waived by the failure of the defendants to demur or answer in the court below, but as has been repeatedly held, the objection is available by appeal to this court. The judgment must, therefore, be reversed.

As to the motion to discharge the supersedeas, the bond being deemed insufficient, and the appellants not offering to give another with sufficient surety, the supersedeas will be discharged.

Wherefore, the judgment is reversed, and the cause remanded for further proceedings, the plaintiffs being allowed to amend their petition. And the supersedeas is discharged.

*Turner & Cornelison, for appellant.*

*O. S. Tenney, for appellee.*